UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANNY McCALLUM,

       Plaintiff,

vs.

SUMEET SINGH, and
SAHI EXPRESS LTD.,

       Defendants.

Case No.  16-11525-RHC-MKM

Hon. Robert H. Cleland
Magistrate Judge Mona K. Majzoub

| | |
|---|---|
| MIKE MORSE LAW FIRM<br>Michael J. Morse (P46895)<br>Donald J. Cummings (P70969)<br>Nicholas Kyriakopolous (P76442)<br>*Attorneys for Plaintiff*<br>24901 Northwestern Highway, Ste 700<br>Southfield, Michigan 48075<br>248.350.9050<br>don@855mikewins.com | WILSON ELSER MOSKOWITZ<br>  EDELMAN & DICKER LLP<br>John T. Eads (P43815)<br>William S. Cook (P68934)<br>17197 N. Laurel Park Drive, Suite 201<br>Livonia, Michigan 48152<br>313.327.3100<br>william.cook@wilsonelser.com<br>*Attorneys for Defendants* |

STIPULATED QUALIFIED PROTECTIVE ORDER AND
AUTHORIZATION PURSUANT TO HEALTH INSURANCE
PORTABILITY & ACCOUNTABILITY ACT (HIPAA)

1

Based upon the parties' stipulation, the court orders as follows:

1. The current parties (and their attorneys) and any future parties (and their attorneys) to the above-captioned matter are authorized to receive, subpoena, and transmit "protected health information" (PHI) pertaining to Danny McCallum to the extent and subject to the conditions outlined herein;

2. For purposes of this Qualified Protective Order, "protected health information" or "PHI" shall have the same scope and definition as set forth in 45 CFR 160.103 and 160.501. Without limiting the generality of the foregoing, "PHI" includes, but is not limited to, health information, including demographic information, relating to either:

   (a) the past, present or future physical condition of an individual;

   (b) the provision of care to an individual; and/or

   (c) the payment for care provided to an individual, which identifies the individual or which reasonably could be expected to identify the individual.

3. All "covered entities" (as defined by 45 CFR 160.13) are authorized to disclose "PHI" pertaining to Danny McCallum to all attorneys, now of record, or who may become of record in the future of this litigation;

4. The parties and their attorneys shall be permitted to use the "PHI" of Danny McCallum in any manner reasonably connected with the above-captioned

litigation. This includes, but is not limited to, disclosure to the parties, the attorneys' firm (*i.e.*, attorneys, support staff, agents and consultants), the parties' insurers, experts, consultants, court personnel, court reporters, copy services, trial consultants, jurors, venire members and other entities involved in this litigation process.

5. At the conclusion of the litigation as to any defendant (defined as the point at which final orders disposing of the entire case as to any defendant have been entered, or the time at which all trial and appellate proceedings have been exhausted as to any defendant), that defendant, and any person or entity in possession of "PHI" received pursuant to Paragraph 4, *supra*, shall destroy any and all copies of "PHI" pertaining to <u>Danny McCallum</u> *except*:

(a) the defendant that is no longer in the litigation may retain "PHI" generated by him/her/it; and

(b) the remaining defendants in the litigation, and persons or entities receiving "PHI" from those defendants, pursuant to Paragraph 4, supra, may retain "PHI" in their possession;

6. This order shall not control or limit the use of "PHI" pertaining to <u>Danny McCallum</u> that comes into possession of any party, or any party's attorney, from a source *other than* a "covered entity" (as defined in 45 CFR 160.103).

IT IS SO ORDERED.

      S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  June 3, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 3, 2016, by electronic and/or ordinary mail.

      S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

The undersigned hereby stipulate to the entry of the above order.

| /s/ Nicholas Kyriakopolous (w/consent) | William S. Cook |
|---|---|
| Michael J. Morse (P46895) | WILSON ELSER MOSKOWITZ |
| Donald J. Cummings (P70969) |    EDELMAN & DICKER LLP |
| Nicholas Kyriakopolous (P76442) | John T. Eads (P43815) |
| *Attorneys for Plaintiff* | William S. Cook (P68934) |
|  | *Attorneys for Defendants* |

5417093v.1